# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LEA ANN MALATARE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | CV 17-22-GF-BMM<br><br>ORDER DISMISSING CASE |

Upon consideration of the unopposed motion for dismissal filed by the defendant,

IT IS HEREBY ORDERED that all claims of the plaintiff, Lea Ann Malatare, against the defendant United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses. IT IS FURTHER ORDERED that all remaining deadlines are vacated.

DATED this 12th of March, 2018.

Brian Morris
United States District Court Judge